\*\*Original filed 3/7/07\*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES VANCE JOHNSON, ) ) Petitioner, ) ) vs. ) ) ) BEN CURRY, Warden, ) ) Respondent. ) ) | No. C 07-1083 JF (PR) ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND TO PAY FILING FEE WITHIN THIRTY DAYS (Docket No. 2) |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and a motion to proceed in forma pauperis. Petitioner's trust account statement reveals that for the six months preceding the filing of this action, Petitioner had average monthly deposits into his trust account of $58.13 and an average monthly balance of $135.50. This is sufficient to pay the $5.00 habeas filing fee. Accordingly, Petitioner's motion to proceed in forma pauperis (docket no. 2) is DENIED. Within **thirty days** of the date this order is filed, Petitioner shall pay the $5.00 filing fee. Petitioner shall include with his payment a clear indication that it is for this case number, C 07-1083 JF (PR).

Order Denying Motion to Proceed in Forma Pauperis and to Pay Filing Fee Within Thirty Days
P:\pro-se\sj.jf\hc.06\Johnson083ifpden 1

Dockets.Justia.com

1  Failure to pay the filing fee within **thirty days** of the date this order is filed shall result in
2  the dismissal of this action without prejudice for failure to pay the filing fee.
3      IT IS SO ORDERED.
4  Dated:  3/7/07
5                                       JEREMY FOGEL
                                     United States District Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  A copy of this order was mailed to the following:

2

3  Charles Vance Johnson
   D-05007/ G-238
4  Correctional Training Facility
   P.O. Box 689
5  Soledad, CA  93060-0689

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28